591 A.2d 1054

**PENNSYLVANIA STATE LODGE OF the FRATERNAL ORDER OF POLICE, by Francis P. BASCELLI, Trustee Ad Litem, Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued May 9, 1991.

Decided May 29, 1991.

James L. McAneny, Gary M. Lightman, Harrisburg, for appellant.

Anne K. Fiorenza, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN and McDERMOTT, JJ., dissent.